IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NICOLE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:18-CV-435-ODS ) |
| JOHN L. WILLIAMS, et al., | ) ) |
| Defendants. | ) |

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

On June 11, 2018, the Court denied Plaintiff application for leave to file an action without paying the filing fee, denied her motion for appointment of counsel, and dismissed the matter without prejudice. Doc. #4. On May 3, 2019, Plaintiff filed a "Motion to Reconsider," which, in its entirety, states: "Exhibit 1-3 copy of letters altered(?) or falsely drawn to cover up the many discrimination(?) against several enitities and after giving a letter refused to purse do to conflict of personal relationships as indicated Exhibit 1 was original communactions Exhibit 2, 3, are my first time having knowledge of such communactions." Doc. #5, at 1. Plaintiff attaches letters she presumably received from the Kansas City, Missouri Human Relations Department regarding her complaint(s) against Emmanuel Dace, Swope Community Builders, MCED, Metropolitan Community, and Fantasy Homes. Doc. #5, at 2-4.

A motion to reconsider is "granted only in exceptional circumstances requiring extraordinary relief." *Minn. Supply Co. v. Raymond Corp.*, 472 F.3d 524, 534 (8th Cir. 2006). In her filing, Plaintiff fails to address the deficiencies the Court previously noted. She does not clarify the claims she attempts to bring, identify a basis for the Court's jurisdiction, or provide sufficient facts to support the possible claims mentioned in the Court's Order denying her initial motion. Accordingly, the Court denies Plaintiff's motion to reconsider.

IT IS SO ORDERED.

DATE: May 10, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT